# MEMORANDUM

OF A

## CASE NOT REPORTED IN FULL.

GREENLEAF K. SHERIDAN AS EXECUTOR, ETC., of FRED-
ERICK H. JACKSON, DECEASED, APPELLANT, *v.* JULIA
R. HOUGHTON AND OTHERS, RESPONDENTS.

*Attorney — when not privileged from testifying,*

APPEAL from a decree of the surrogate of the county of New
York, establishing a will of David S. Jackson, which was alleged
to have been lost or destroyed after his death.

The execution of the will of the alleged testator was shown.
It was clearly shown, also, that the will existed at the time of the
testator's decease; that it was found in his office and read in the
presence of his family, and then delivered to one of his sons,
David S. Jackson, Jr. It had never been presented for probate,
nor was it produced, nor was any account given of the disposition
made of it by David S. Jackson, Jr., who was shown to be deceased.

The court at General Term, after directing a new hearing before
the surrogate for failure to comply with the statute, proceeded:
"It appears by the papers that the attorney by whom the will
was drawn suffered himself to be retained on the part of the heirs
who opposed the probate of the will, and refused to answer
proper questions put to him upon the trial, upon the ground that
he was not at liberty, having been counsel for the testator, to
disclose what he chose to consider confidential communications.
The surrogate did not see fit to require him to testify to such
facts in relation to the preparation and the contents of the will,
in respect of which he was not only competent but bound to tes-
tify. A failure of justice must not be permitted on any such

pretext, and we think, upon a new trial, there will be no difficulty in developing such facts as will prevent the failure of clearly manifest justice in this case."

*J. S. Lawrence*, for the appellant.

*E. Luther Hamilton*, for the respondents.

Opinion *Per Curiam:*

Present — DAVIS, P. J., BRADY and INGALLS, JJ.

Decree reversed; proceedings remitted to the surrogate, with directions to proceed with the hearing of the case, without costs to either party on appeal.